AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

SEP 10 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| Roxanne Scott, Pro Se | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 2:21cv1207 |
| CVS | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____N/A_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A. Seeking employment. Last employed during 2020-2021 school year as a Facilitator at a Pittsburgh Public School Learning HUB.

My gross pay or wages are: $ ____0.00____, and my take-home pay or wages are: $ ____0.00____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Federal stimulus Approx. $2800 (we got two payments I think), 2020 tax refund approx $3500 and monthly adoption stipend of approx $660/mo since end of employment - until I find work. The only one expected to continue is stipend.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 250.00 _ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2014 Mazda 3

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Have COVID rent assistance through September 2021. After that Rent is $600 /mo
Pay light and gas - approx $75 each per month
Renters insurance $26/mo
Car insurance $114/mo
Internet $180/mo (due to school age child in home)
Cell phone $56/mo

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

A.S. , Parent, 100%

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Student Loans which I believe remain on hold due to pandemic. Approximately $25,000 still due with monthly payments of approx $120/mo normally

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 09/03/2021 _____

*Applicant's signature*

Roxanne Scott, Pro Se
*Printed name*

412 498 1012